PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Saulo Mora       Cr.: 05-121(01)

Name of Sentencing Judicial Officer: John W. Bissell

Date of Original Sentence: 07/26/05

Original Offense: Credit Card Fraud

Original Sentence: Imprisonment 20 months and Three Years Supervised Release

Type of Supervision: Supervised Release      Date Supervision Commenced: 01/20/06

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender violated the condition of supervision which states, **"The defendant shall refrain from possession and/or use of illegal substances during the term of supervision"**. |
|    | On May 8, 2007, the offender submitted a urine sample that tested positive for marijuana via lab confirmation. |
| 2. | The offender violated the condition of supervision which states, **"The defendant shall not commit another federal, state or local crime during the term of supervision"**. |
|    | On May 4, 2007, the offender was arrested by the New York City Police Department in Queens, New York and charged under summons # 2007-QN024756 with the following offenses that occurred on January 7, 2007: PL 170.10 01, Forgery - D-Felony, PL 170.25 00, Possession of a Forged Instrument - D-Felony, PL 165.40 00, Criminal Possession of Stolen Property in the 5th Degree - A-Misdemeanor and PL 155.25 00, Petit Larceny A-Misdemeanor. |

U.S. Probation Officer Action:

This incident has been discussed at length with the offender and the level of supervision as well as urinalysis has been increased. The offender also has been advised that he will be referred for a drug/alcohol evaluation and he must comply with all recommendations. This office will intensify supervision and monitor the outcome of the New York case and notify the court of the disposition.

PROB 12A - Page 2
Saulo Mora

Respectfully submitted,

By: Daniel J. Carney
U.S. Probation Officer
Date: 05/15/07

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other  No Action

Signature of Judicial Officer

June 1, 2007
Date

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
**MATTHEW F. MILLER**
**THOMAS C. MILLER**

May 15, 2007

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155
www.njp.uscourts.gov

Mr. Melvin Jackson
Deputy-in-Charge
U.S. District Court
Martin Luther King, Jr.
Federal Building and Courthouse
50 Walnut Street
Newark, NJ 07101

RE:  MORA, Saulo
Dkt: # Cr: 05-121(01)

*no action*

### REQUEST FOR REASSIGNMENT OF CASE TO A U.S. DISTRICT COURT JUDGE

Dear Mr. Jackson:

On July 26, 2005, the above-captioned offender appeared before the Honorable John W. Bissell after pleading guilty to credit card fraud and was sentenced to twenty months imprisonment and three years supervised release. The offender was furthered ordered to pay a special assessment in the amount of $100.00. Mr. Mora was released from federal custody on January 20, 2006, and has since been under the supervision of this office.

As Judge Bissell has left the bench, we are respectfully requesting that the offender's case be reassigned to a District Court Judge in order to notify the Court of his non-compliance with the conditions of supervision.

Should you require any additional information, please do not hesitate to call the undersigned officer at (973) 645-2994.

Very truly yours,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Daniel J. Carney
United States Probation Officer

UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS

**MATTHEW F. MILLER**
**THOMAS C. MILLER**

May 15, 2007

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

The Honorable John W. Bissell
United States District Court
451 United States Post Office and Courthouse
2 Federal Square
Newark, New Jersey 07102

RE: MORA, Saulo
Dkt. No. Cr: 05-121(01)
**REPORT OF NON COMPLIANCE**

Dear Judge Bissell:

On July 26, 2005, the above-captioned offender appeared before Your Honor for sentencing after pleading guilty to credit card fraud. Mr. Mora was sentenced to 20 months imprisonment and three years supervised release. He was further ordered to pay a special assessment in the amount of $100.00. Mr. Mora was released from federal custody on January 20, 2006, and has since been under the supervision of this office.

On May 8, 2007, the offender submitted a urine sample that tested positive for marijuana via lab confirmation.

On May 4, 2007, the offender was arrested by the New York City Police Department in Queens, New York and charged with forgery, possession of a forged instrument, criminal possession of stolen property in the 5th degree and petit larceny.

At this point, we respectfully recommend that no further action be taken by the Court. The level of supervision for this offender has been intensified. Mr. Mora, will be referred for a substance abuse evaluation. We will also monitor the outcome of the New York case and notify the court of the disposition. Should there be further questions, the undersigned is available at (973)645-2994.

Thank you.

Very truly yours,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Daniel Carney
U.S. Probation Officer

/dc