PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Saulo Mora                                    Cr.: 05-00121-001

Name of Sentencing Judicial Officer: John W. Bissell

Date of Original Sentence: 07/26/05

Original Offense: Credit Card Fraud

Original Sentence: 20 months imprisonment and 3 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: 01/20/06

Assistant U.S. Attorney: Kevin G. Walsh                    Defense Attorney: W. Scott Murphy

### PETITIONING THE COURT

[ ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender has violated the supervision condition which states, **"You shall not commit another federal, state, or local crime."** |
| | On May 4, 2007, the offender was arrested by the New York City Police Department in Queens, New York and charged with Forgery - D-Felony, Possession of a Forged Instrument - D-Felony, Criminal Possession of Stolen Property in the 5th Degree - A-Misdemeanor, and Petit Larceny A-Misdemeanor. |
| | On June 20, 2007, the offender appeared in Queens County Criminal Court and pled guilty to disorderly conduct. He was sentenced to a one-year conditional discharge and ordered to pay $360.00 in restitution. |
| 2. | The offender has violated the supervision condition which states, **"You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician."** |
| | On May 8, 2007, the offender submitted a urine sample at the Newark Probation Office that tested positive for marijuana via GCMS lab confirmation (C 843262). |

3.      The offender has violated the supervision condition which states, "**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**"

The offender failed to report for random drug testing on July 2, 2007, July 9, 2007, July 20, 2007, August 2, 2007, August 8, 2007, August 23, 2007, and August 27, 2007.

4.      The offender has violated the supervision condition which states, "**You shall report to the probation officer as directed by the Court or probation officer.**"

The offender failed to report to the Probation Office on October 13, 2006, January 30, 2007, June 26, 2007, July 10, 2007, August 14, 2007, and August 27, 2007.

5.      The offender has violated the supervision condition which states, "**You shall submit a truthful and complete written report within the first five days of each month.**"

The offender has failed to provide his written monthly reports for the months of June and July 2007.

6.      The offender has violated the supervision condition which states, "**The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income.**"

On July 12, 2007, the offender was asked to provide his financial disclosure records. To date, the offender has not submitted this report.

7.      The offender has violated the supervision condition which states, "**As a condition of supervision, you are instructed to pay restitution in the amount of $40,408.29 to IAC/ InterActiveTravel.**"

The offender has not made a payment towards restitution since January 8, 2007.

8.      The offender has violated the supervision condition which states, "**You shall notify the probation officer within 72 hours of any change of residence or employment.**"

In March of 2007, the offender moved into his mother's residence located at 301 54th Street, Apt. # 19 in West New York, New Jersey without notifying the Probation Office within 72 hours. Also, during March 2007, the offender began employment at the Boogey Woogey Bagel Shop in the Lincoln Harbor Plaza in Weehawkin, New Jersey without notifying the Probation Office within 72 hours.

PROB 12C - Page 3
Saulo Mora

9.    The offender has violated the supervision condition which states, "**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**"

The offender associated with Raul Flores, a convicted felon who is currently on federal supervision for conspiracy to distribute narcotics.

I declare under penalty of perjury that the foregoing is true and correct.

By:  Daniel J. Carney
       U.S. Probation Officer
       Date:  08/31/07

THE COURT ORDERS:

[X] The Issuance of a Summons.  Date of Hearing: . 10/29/07 - 2:30
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

September 12, 2007
Date