PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Saulo Mora                                            Cr.:05-121-01
                                                                        PACTS Number: 37770

Name of Sentencing Judicial Officer: Honorable John W. Bissell

Newly Appointed Judicial Officer: Honorable Susan D. Wigenton

Date of Original Sentence: 07/26/05

Original Offense: Credit Card Fraud

Original Sentence: Twenty months incarceration followed by thee years supervised release; $100 special assessment; $40,408.29 restitution. Special Conditions: 1) Drug testing and treatment; 2) Full financial disclosure; 3) No new credit charges or applications for additional lines of credit; 4) DNA collection.

Revocation Sentence (11/2/07): Supervised Release term extended one year and six months home confinement.

Revocation Sentence (1/9/09): Six months incarceration followed by one year supervised release. Restitution in the amount of $40,408.29. Additional special conditions: 1) Drug testing and treatment; 2) Full financial disclosure; 3) No new credit charges or applications for additional lines of credit.

Type of Supervision: Supervised Release                     Date Supervision Commenced: 01/23/06

## PETITIONING THE COURT

[ ]  To extend the term of supervision for       Years, for a total term of       Years.
[X]  To modify the conditions of supervision as follows.  The addition of the following special condition(s):

The offender shall make restitution in the amount of $40,228.29 (balance). Restitution payments shall be paid in monthly installments of no less than $50.

## CAUSE

The offender is unable to pay the restitution as directed. After careful review of the offender's current monthly cash flow, the offender displays an ability to make payments of $50 monthly towards the restitution obligation.

Respectfully submitted,

By: Adriana Garcia
U.S. Probation Officer
Date: 03/09/10

PROB 12B - Page 2
Saulo Mora

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Honorable Susan D. Wigenton

_____
March 15, 2010
Date