PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Saulo Mora **Docket Number:** 05-00121-001
**PACTS Number:** 37770

**Name of Sentencing Judicial Officer:** Honorable John W. Bissell

**Newly Appointed Judicial Officer:** Honorable Susan D. Wigenton

**Date of Original Sentence:** 07/26/05

**Original Offense:** Credit Card Fraud

**Original Sentence:** Twenty months incarceration followed by three years supervised release; $100 special assessment; $40,408.29 restitution. Special Conditions: 1) Drug testing and treatment; 2) Full financial disclosure; 3) No new credit charges or applications for additional lines of credit; 4) DNA collection.

**Revocation Sentence (11/02/07):** Supervised Release term extended one year and six months home confinement.

**Revocation Sentence (01/09/09):** Six months incarceration followed by one year supervised release. Restitution in the amount of $40,408.29. Additional special conditions: 1) Drug testing and treatment; 2) Full financial disclosure; 3) No new credit charges or applications for additional lines of credit.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** 01/20/06

**Assistant U.S. Attorney:** Kevin G. Walsh, 970 Broad Street, Room 502 Newark, New Jersey 07102
(973) 645-2700

**Defense Attorney:** W. Scott Murphy, 437 60th Street, West New York, New Jersey 07093
(201) 868-1400

---

## PETITIONING THE COURT

[ ]  To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation Number</u>   <u>Nature of Noncompliance</u>

1.   The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient**

or inpatient basis, as directed by the U.S. Probation Office. **The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.'**

Mora failed to report to Code-A-Phone, a random drug testing program, on 09/04/09, 09/21/09, 10/30/09, 03/30/10, 06/03/10, and 6/23/10.

Mora failed to call into the Code-A-Phone system on 1/15/10, 2/4/10, 3/4/10, 3/21/10, 4/7/10, 4/18/10, 4/24/10, 4/29/10, 5/1/10, 5/5/10, 5/19/10, 5/27/10, 5/29/10, 5/30/10, 6/3/10, 6/4/10, 6/14/10, 6/17/10, 6/18/10, 6/21/10, 6/22/10, 6/23/10, 6/25/10, and 6/27/10.

2. The offender has violated the supervision condition which states **'As a condition of supervision, you are instructed to pay restitution in the amount of $40,408.29 to IAC/InterActiveCorp Travel; it shall be paid in the following manner: in monthly installments of no less than $50.'**

   Mora's last restitution payment of $40 was received on July 2, 2010. Prior, Mora failed to make a payment towards restitution as of March 8, 2010. He has an outstanding balance of $40,163.29.

3. The offender has violated the supervision condition which states **'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'**

   Mora failed to report by telephone on 02/02/10, 02/04/10, 02/05/10, 02/17/10, 2/18/10, 03/17/10, 03/22/10, 06/08/10, 06/09/10, 6/23/10, and 06/24/10.

   Mora failed to report to the office on 10/26/09.

4. The offender has violated the supervision condition which states **'You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.'**

   Mora stated he worked for Party Rental, Inc. during February and March 2010. Contact with the human resources department revealed no record of Mora having been employed by the agency. Contact with Ready Labor, a temporary employment agency, revealed Mora worked for Party Rental, Inc., through Ready Labor, on 12/06/07, 12/07/07, 12/08/07, 12/13/07, 12/16/07, and 12/18/07.

5. The offender has violated the supervision condition which states **'You shall notify the probation officer within 72 hours of any change of residence or employment.'**

   Mora failed to inform the probation officer that he moved during May 2010.

6. The offender has violated the supervision condition which states **'You shall not leave the judicial district without the permission of the Court or Probation Officer.'**

   Mora reported on his March 2010 monthly supervision report that he worked in Queens, New York as a construction laborer. Travel to New York was not approved by the probation officer.

PROB 12C - Page 3
Saulo Mora

I declare under penalty of perjury that the foregoing is true and correct.

By: Adriana Garcia
U.S. Probation Officer
Date: 7/20/10

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: 8/2/10 @ 11:0
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

July 27, 2010
Date